| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial) Varlan, Thomas A | 2. Court or Organization U.S. District Court, E. Tenn. | 3. Date of Report 5/16/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U. S. District Judge - Active | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ⦿ Annual ○ Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address U. S. District Court 800 Market Street Knoxville, TN 37902 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS.    (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE   - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.    Director | Board of Visitors, University of Tennessee, College of Arts & Sciences |
| 2.    Director | Bearden High School Foundation |
| 3.    Director | Board of Visitors, University of Tennessee Political Science Dept. |

## II. AGREEMENTS.    (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE   - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2005 MAY 20 A 11:39 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2004 | The EnVision Group, LLC - Facilitator |
| 2. | 2004 | East Tennesseeans for Fair Airfare Competition |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. AmSouth Bank Accounts | A | Interest | L | T | | | | | |
| 2. ▮▮▮▮ Coca Cola Common Stock | A | Dividend | K | T | | | | | |
| 3. BB&T Common Stock | A | Dividend | J | T | | | | | |
| 4. City of Knoxville Deferred Compensation Program (457) | A | Dividend | L | T | | | | | |
| 5. - Fidelity Contrafund | | | J | T | | | | | |
| 6. - Nationwide Fixed Account | | | K | T | | | | | |
| 7. - AIM Dynamics Fund | A | Dividend | J | T | Buy | 06-30 | J | | |
| 8. - Invesco Dyn. Fnd. Inc. | | | J | T | Sell | 06-30 | J | A | |
| 9. - Janus Fund | | | K | T | | | | | |
| 10. - Gartumura To. Return Fund D | | | K | T | | | | | |
| 11. - Temp. Foreign Fund Cls. A | | | K | T | | | | | |
| 12. Wachovia Securities - IRA 1 | A | Dividend | L | T | | | | | |
| 13. - Evergreen US Govt. | | | J | T | | | | | |
| 14. - Alliance Bernstein Growth & Income Fd. Cl. C | | | J | T | | | | | |
| 15. - Dreyfus Premier Worldwide Growth Fd. Cl. C | | | J | T | | | | | |
| 16. - Eaton Vance Growth Tr. Worldwide Health Science Fd. C | | | J | T | | | | | |
| 17. - Evergreen Omega Fd. Cl. C | | | J | T | | | | | |
| 18. - Fidelity Advisor Ser. I Mid-Cap Fd. Cl. C | | | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| | | Date of Report |
|---|---|---|
| Name of Person Reporting | | |
| Varlan, Thomas A | | 5/16/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19.  - Ivy Fd. European Opportunities Fd. Cl. C | | | J | T | | | | | |
| 20.  - Goldman Sachs Research Select Fd. Cl. C | | | J | T | | | | | |
| 21.  - Pimco Small Cap Value Fund Cl. C | | | J | T | | | | | |
| 22.  - Pimco High Yield Fund Cl. C | | | J | T | | | | | |
| 23.  - Seligman Communication & Information Fd. Inc. Cl. D | | | J | T | | | | | |
| 24.  - VK Emerging Growth CL. C | | | J | T | | | | | |
| 25.  Wachovia Securities IRA 2 | A | Dividend | K | T | | | | | |
| 26.  - Evergreen U. S. Govt. Money Market Fd. Cl. A | | | J | T | | | | | |
| 27.  - Evergreen Omega Fd. Cl. C | | | J | T | | | | | |
| 28.  - Goldman Sachs Tr. Growth Opps. Fd. Cl. C | | | J | T | | | | | |
| 29.  - John Hancock Invt. Tr. II Small Cap. Equity Fd. C | | | J | T | | | | | |
| 30.  - Ivy Fd. European Opportunities Fd. Cl. C | | | J | T | | | | | |
| 31.  Bass, Berry & Sims Pension Plan | A | Dividend | K | T | Red./ Roll. | 05-15 | L | | |
| 32.  - AmSouth Pooled Funds | A | Dividend | K | T | Red./Roll. | 05-15 | L | | |
| 33.  U. S. Thrift Savings Plan | A | Interest | L | T | Buy/Roll. | 05-15 | L | | |
| 34.  UBS | A | Dividend | J | T | | | | | |
| 35.  - UBS Retirement Money Fund | A | Dividend | J | T | | | | | |
| 36.  U. S. Savings Bond | A | Interest | J | W | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = $More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Varlan, Thomas A | 5/16/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. STRIPS - TINT - U. S. Treasury | A | Interest | J | T | | | | | |
| 38. CATS- ▓▓▓▓▓ | A | Interest | J | T | Sell | 10-15 | J | B | |
| 39. Tn. State School Board Authority Higher Ed. Facilities | A | Interest | J | T | | | | | |
| 40. Tennessee's BEST Prepaid Tuition Accounts | A | Interest | K | W | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Varlan, Thomas A | 5/16/2005 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Varlan, Thomas A | 5/16/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ████████████████

Date 5/19/05

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544